United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-36994** |
| **TEXAS NAUTICAL REPAIR LLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

## ORDER ON HEARING

On September 26, 2026, this Court entered an order (ECF No. 26) setting a final hearing on the debtor's motion for use of cash collateral (ECF No. 12) for October 19, 2026. That hearing will be conducted in front of Judge Marvin Isgur, at 9:30 a.m. on Monday, October 19, 2026 in Courtroom 404, 515 Rusk St., Houston, Texas 77002. Judge Isgur's procedures can be found at www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur.

**SO ORDERED.**

SIGNED 10/13/2026

Jeffrey Norman
United States Bankruptcy Judge