Frost **DEBIT** AURORA 56410

DATE OCT 1 5 202

ACCOUNT STYLING: Texas Nautical Repair LLC ACCOUNT NO. * [redacted]2388

EXPLANATION: Loan pymt

☐ Purchase CC # [redacted]
☑ Credit Acct # [redacted]-9003
☐ Mail Instructions
By: Mark Davis

☐ Wire Transfer
☐ Other
☐ Telephone Instructions By:
Branch/Center Ext.

Customer Signature

$ 3584.02

[redacted]

80

[redacted] 5011

[redacted] 5011